# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **GENE RENARD DAVIS,**<br><br>   *Plaintiff*,<br><br>v.<br><br>**H&R BLOCK,** *et al.*,<br><br>   *Defendants*. | **CIVIL ACTION NO.**<br>**3:25-cv-00092-TES** |

## ORDER

Pro se Plaintiff Gene Renard Davis filed a Complaint [Doc. 1] on June 4, 2025, but neither paid the $405.00 filing fee nor requested leave to proceed *in forma pauperis* ("IFP"). In order to proceed, he must do one or the other.

If Plaintiff moves to proceed IFP, he must do so by "submit[ting] an affidavit that includes a statement of all assets [he][1] possesses that [he] is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and [his] belief that [he] is entitled to redress." 28 U.S.C. § 1915(a)(1).

Accordingly, the Court **ORDERS** Plaintiff to pay the $405.00 filing fee or move to proceed IFP **within 14 days of the date of this Order** and **DIRECTS** the Clerk of Court

---

[1] "Despite the statute's use of the phrase 'prisoner possesses,' the affidavit requirement applies to all persons requesting leave to proceed [*in forma pauperis*]." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004).

to mail Plaintiff a copy of the Court's IFP application along with this Order. If Plaintiff fails to comply with this Order, **this case will be dismissed**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b) and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 12th day of June, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
